**Registration Number**

# VAu 1-527-865

**Effective Date of Registration:**
March 22, 2024
**Registration Decision Date:**
June 05, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

**Title of Group:** Socket Set-1 and 5 Other Unpublished Works

**Content Title:** Socket Set-1
Socket Set-2
Socket Set-3
Socket Set-4
Socket Set-5
Socket Set-6

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Changzhou Yichen Trading Co., Ltd
**Author Created:** Photographs
**Work made for hire:** Yes
**Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Changzhou Yichen Trading Co., Ltd
Room 2227, No. 5-2201, Changfa Commercial Plaza, Xinbei District,
Changzhou City, Jiangsu Province

## Rights and Permissions

**Organization Name:** Changzhou Yichen Trading Co., Ltd
**Address:** Room 2227, No. 5-2201, Changfa Commercial Plaza

Xinbei District
Changzhou City, Jiangsu Province  China

## Certification

**Name:**  Ying Huang
**Date**:  March 22, 2024

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited  photographs only. 17 USC 101, 102 (a), and 113.