**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Changzhou Yichen Trading Co., Ltd,

     Plaintiff,                             Case No.: 1:26-cv-03230

v.                                   Honorable Georgia N. Alexakis

Schedule A Defendant,

     Defendant.

**ORDER**

Plaintiff's motion to conduct expedited discovery [8] is granted subject to the following limitations.

Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendants, or in connection with the Defendant Online Stores, including, without limitation, any online marketplace platforms such as Amazon.com Services LLC ("Amazon") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine: the identities and locations of each Defendant, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e−mail addresses; and records sufficient to identify any current account balances and/or funds held in connection with the Defendant Online Stores.

IT IS SO ORDERED.

Dated: March 30, 2026

1

Georgia N. Alexakis

United States District Judge

2